AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: Benjamin Coats | | Telephone: (313) 226-9734 |
| Task Force Officer: Andrew Izydorek | | Telephone: (248) 835-6030 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Michael Bennett

Case No.

Case: 2:24−mj−30386
Assigned To : Unassigned
Assign. Date : 9/6/2024
Description: RE: MICHAEL BENNETT (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 4, 2024__ in the county of __Oakland__ in the __Eastern__ District of __Michigan SD__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21, U.S.C. Section 841(a)(1) | Possession with intent to distribute controlled substance |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
Complainant's signature

Andrew Izydorek, Task Force Officer, DEA
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 6, 2024

_____
Judge's signature

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
Printed name and title

## Affidavit

Affiant, Task Force Officer (TFO) Andrew C. Izydorek, Drug Enforcement Administration (DEA), being duly sworn, deposes and states the following:

## Introduction

1. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7). I am a Task Force Officer of the United States Drug Enforcement Administration (DEA) and have been so employed since September 2022, currently assigned to Detroit Group 2. Prior to my assignment as a TFO with the DEA, from November 2020 to September 2022, I was employed with the Troy Police Department (TPD) as a Uniformed Patrol Officer. Prior to being employed with TPD, I was employed with Royal Oak Police Department (ROPD) from October 1995 to May 2020. During the course of employment with ROPD, I was assigned to the Uniformed Division and two different specialized units with Oakland County Crime Suppression Task Force (OCCSTF) from 2009 to 2010 and TPD Special Investigations Unit (SIU) from 2015 to 2019.

2. My official duties include investigating criminal violations of the federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846, and 848. I have received special training in the enforcement of laws concerning controlled substances found in Title 21 of the United States Code. Some of the specialized training I have received includes, but

1

not limited to, classroom instruction concerning narcotics smuggling, money laundering investigations, conspiracy, and complex investigations. I have been involved with various types of electronic surveillance, including the interception of wire communications, as well as debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, the laundering and concealing of proceeds from drug trafficking.

3. I have conducted and participated in numerous investigations as a DEA Task Force Officer and formerly as an Officer with ROPD and TPD that have resulted in the seizure of marijuana, prescription pills, synthetic drugs, cocaine, methamphetamine and heroin. I am familiar with and have participated in all of the normal methods of investigation, including but not limited to undercover, visual and video surveillance, questioning of witnesses, controlled deliveries, use of search and arrest warrants, management and use of informants, and electronic intercepts.

4. This affidavit does not include all the information and evidence gathered during the course of this investigation. Rather, it contains information providing probable cause to obtain a criminal complaint. The following factual information is based on my personal knowledge and the knowledge of DEA Task Force Agents, as well as investigation conducted by other law enforcement entities.

5. This affidavit is made in support of a criminal complaint charging Michael Bennett with possession of a controlled substance with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1);

## I. Investigation and Probable Cause

6. On September 4, 2024, uniformed law enforcement personnel from the Southfield Police Department initiated a traffic stop on a white 2016 Ford F150, bearing Michigan registration DTU0016, near 21700 Greenfield Road, City of Oak Park, Michigan. Based on this traffic stop and investigation, Michael Bennett was taken into custody.

7. The registered owner and driver, Michael Anthony Bennett, was the lone occupant. A K9 from Berkley Public Safety alerted on the vehicle for the presence of controlled substances. Southfield PD uniformed officers recovered a large black bag that was sitting in plain view on the back seat of the Ford F150. Uniformed officers located approximately 25 kilogram bricks of suspected cocaine from inside the recovered bag. A field test (Mistral Cocaine Wipe) of four of the brick kilograms tested positive for cocaine.

8. Based on my training and experience, I know that the quantity of suspected cocaine recovered is consistent with possession for distribution and inconsistent with possession for personal use.



## II. Conclusion

9. Based on the facts established throughout this affidavit, probable cause exists to believe that Michael Bennett did knowingly and intentionally possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

_____
Andrew Izydorek, Task Force Officer
Drug Enforcement Administration

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Dated: September 6, 2024

4